UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RANDY ALLEN SNYDER,**

    **Plaintiff,**

v.

    Case No. 2:16-CV-691
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kimberly A. Jolson

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On April 12, 2017, Magistrate Judge Jolson issued a report and recommendation ("R&R") in this case. (ECF No. 15.) She recommended that Plaintiff's Statement of Specific Errors (ECF No. 13) be overruled and that the Court enter judgment in favor of Defendant, the Commissioner of Social Security. (*Id.* at 12.) The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. (*Id.* at 12–13.) The time period for objections has run and no party has objected. Accordingly, the R&R (ECF No. 15) is **ADOPTED**, Mr. Snyder's statement of errors is **OVERRULED**, and the Clerk is **DIRECTED** to enter judgment in favor of the defendant, Commissioner of Social Security.

**IT IS SO ORDERED.**

5-11-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE